UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDGAR AVILA,                                    Case No.:
                                                21 MC 102 (AKH)
                          Plaintiffs,
                                                Docket No.: 07CV1464
        -against-
                                                NOTICE OF ADOPTION OF
BATTERY PARK CITRY AUTHORITY,                   ANSWER TO MASTER
ET. AL.,                                        COMPLAINT
                          Defendant.
See Rider Attached.
-----------------------------------------------------------------X   Jury Trial Demanded

   Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

   Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
          September  12 , 2007

                                        Yours etc.,

                                        CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                        Attorneys for Defendants - BOARD OF
                                        MANAGERS OF THE HUDSON VIEW EAST
                                        CONDOMINIUM, HUDSON VIEW EAST
                                        CONDOMINIUM


                                        By: _____
                                            Vincent A. Nagler ( 6400 )
                                        One Whitehall Street
                                        New York, New York 10004
                                        (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

## RIDER

EDGAR AVILA,

                          Plaintiffs,

- against -

BATTERY PARK CITY AUTHORITY, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, NEW YORK UNIVERSITY, R Y MANAGEMENT CO., INC., RY MANAGEMENT, AND THAMES REALTY CO, ET AL

                          Defendants.

-----------------------------------------------------------X